PD-1075-15

Mr. Gerardo Pedraza-1887201
Beto Unit: E-1-10 (B)
1391 FM 3328
Tennessee Colony, Texas 75880
August 14, 2015
9:49 A.M.

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 19 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

AUG 19 2015

Abel Acosta, Clerk

Clerk of the Court
Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

Dear Clerk of the Court,

Please find enclosed my Motion For Extension of Time To File My Petition For Discretionary Review. I respectfully ask you to please file my said Motion and bring it to the attention of the Court. Thank you for your time and consideration.

Respectfully Submitted,

/s/ Gerardo Pedraza 1887201

Mr. Gerardo Pedraza-1887201
Beto Unit: E-1-10 (B)
1391 FM 3328
Tennessee Colony, Texas 75880

C.C: File
Court of Criminal Appeals

EX PARTE:                          §      IN THE TEXAS COURT OF
    GERARDO PEDRAZA,                      CRIMINAL APPEALS,
        APPLICANT,           §

MOTION FOR EXTENSION OF TIME TO FILE PETITION
FOR DISCRETIONARY REVIEW:

TO THE HONORABLE JUDGES OF SAID COURT,
                        COMES NOW, Ex
Parte, Gerardo Pedraza, #1887201, Pro Se, and files this
Motion For Extension Of Time To File For Petition For
Discretionary Review. Pursuant to; T.R.A.P. Rule 68.2 (c).

-I-

In this Motion Applicant will show the following. This
Honorable Court handed down an Opinion affirming Applicants
Post Conviction **Brief** on Direct Appeal in No.: 05-13-01391-CR,
delivered, May 13, 2015. Post Conviction Brief on Direct Appeal
filed in the, Criminal District Court No. 2, Dallas County, Texas,
in Case No.: F-12-53082-I.

-II-

In order to comply with, T.R.A.P. Rule 10.5. PARTICULAR MOTIONS.
Applicant will show the last date for filing Petition For
Discretionary Review would be, June 12, 2015. Applicant

(1)

3.] requests a One Hundred and Twenty (120) day extension. No type Motions for extension of time has been filed. Applicants need for this additional time is due to the fact he is only allowed 10 hours per week in the Institutional Law Library and would need **this** time to research his case. Plus the fact Applicant is not a trained Attorney and is only a lawman at Law.(*) Special Note, (See Also)(*)

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Applicant prays this Honorable Court will grant him this extension of time.

SO MOVED AND PRAYED FOR THIS 14TH day of - AUGUST, 2015:

/s/x Gerardo Pedraza 1887201

MR. GERARDO PEDRAZA-1887201

## CERTIFICATE OF SERVICE

I, Gerardo Pedraza - 1887201, T.D.C.J.-I.D; do hereby certify that a true and correct copy of my Motion For Extension Of Time To File For Petition For Discretionary Review has been mailed, postage prepaid, to, Clerk Of The Court, Court Of Criminal Appeals, P.O. Box 12308, Austin, Texas 78711. By placing the same in the United States Mail on this, 14TH day of - August, 2015:

/s/x Gerardo Pedraza 1887201

MR. GERARDO PEDRAZA - 1887201

( 2 )

# CERTIFICATE OF SERVICE

I, Gerardo Pedraza -1887201, T.D.C.J.-I.D.; do further hereby certify that a copy of my Motion For Extension of Time For Petition For Discretionary Review, has been mailed, postage prepaid to, Lisa Matz, Clerk of the Court, Court of Appeals, Fifth District of Texas at Dallas, 600 Commerce Street, Suite 200, Dallas, Texas 75202. By placing the same in the United States Mail, on this the 14TH day of August, 2015. (2 copies)

/S/x Gerardo Pedraza 1887201

MR. GERARDO PEDRAZA-1887201

(*) Special Note: Applicant is a Full time Student, whereas the unit was on a 30 day Institutional Lockdown (June/July) and is now on Modified Lockdown(s) due to Staff Shortage(*)

(3)

Mr. Gerardo Pedraza- 1887201
Beto Unit: E-1-10 (B)
1391 FM 3328
Tennessee Colony, Texas 75880

NORTH TEXAS TX PBLIC
DALLAS TX 750
17 AUG 2015 PM 3 L

Clerk of the Court
Court Of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

78711230808